**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MALCOLM R. ROGERS                                                                                       PLAINTIFF

vs.                                            NO. 4:07CV01159 JLH

ENTERGY ARKANSAS, INC.                                                                          DEFENDANT

## ORDER

The Court has determined that the jury trial of this matter scheduled for the week of September 8, 2008, in Little Rock, Arkansas, should be continued due to the Court's schedule. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 20th day of August, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE