IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MALCOLM ROGERS                                                                                PLAINTIFF

v.                                            NO. 4:07CV01159 JLH

ENTERGY ARKANSAS, INC.                                                              DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Entergy Arkansas, Inc. The complaint of Malcolm Rogers is dismissed with prejudice.

IT IS SO ORDERED this 19th day of September, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE